714 A.2d 232

IN THE MATTER OF JUAN R. GALIS–MENENDEZ,
AN ATTORNEY AT LAW.

July 10, 1998.

### ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11 recommending that **JUAN R. GALIS–MENENDEZ** of **UNION CITY**, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **JUAN R. GALIS–MENENDEZ** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JUAN R. GALIS–MEN-ENDEZ**, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **JUAN R. GALIS–MENENDEZ** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.